LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY L. COMPALCO<br><br>    Plaintiff,<br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, et al<br><br>    Defendants. | Case No. C 06 1557 WDB<br><br>**STIPULATION AND REQUEST FOR VOLUNTARY DISMISSAL** |

Plaintiff requests dismissal without prejudice of the captioned action pursuant to Fed. R. Civ. Pro. 41(a). Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

Dated: June 28, 2006

LEVIN SIMES KAISER & GORNICK LLP

_____
Emily M. Charley
Attorneys for Plaintiff

Dated: June 28, 2006

DRINKER BIDDLE & REATH LLP

_____
Charles F. Preuss
Steven M. Selna
Owen J. Rescher
Attorneys for Defendants
Janssen, L.P., Janssen Pharmaceutica Inc., and Johnson & Johnson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/14/06

Wayne D. Brazil
_____
United States Magistrate Judge

STIPULATION FOR VOLUNTARY DISMISSAL                                           PAGE 1